IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FREDERICK CHAMBERS, #173328,       )
                                   )
        Plaintiff,                 )
                                   )
v.                                 )        2:05-CV-00853-T
                                   )        WO
BUTLER COUNTY JAIL                 )
ADMINISTRATOR, *et al.,*           )
                                   )
        Defendants.                )

**ORDER**

On December 7, 2005, the Magistrate Judge filed a Recommendation in this case to

which no timely objections have been filed. Upon an independent review of the file in this

case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED and that this case

be and is hereby DISMISSED without prejudice.

Done this the 30th day of December, 2005.

_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE