IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FREDERICK CHAMBERS, #173328,       )
                                   )
          Plaintiff,               )
                                   )
v.                                 )          2:05-CV-00853-T
                                   )                WO
BUTLER COUNTY JAIL                 )
ADMINISTRATOR, *et al.,*           )
                                   )
          Defendants.              )

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case,

it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the

defendants and against the plaintiff, and that this action be and is hereby dismissed without

prejudice.

Done this the 30th day of December, 2005.

          _____/s/ Myron H. Thompson_____
          UNITED STATES DISTRICT JUDGE